UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No.: 1:06-cv-00094

ELEKTRA ENTERTAINMENT GROUP )
INC., a Delaware corporation; VIRGIN )
RECORDS AMERICA, INC., a California )
corporation; UMG RECORDINGS, INC., a )
Delaware corporation; LOUD RECORDS, )
LLC, a Delaware corporation; SONY BMG )
MUSIC ENTERTAINMENT, a Delaware )
general partnership; and BMG MUSIC, a )
New York general partnership, )
              )
    **Plaintiffs,**    )
              )
v.             )
              )
PAUL HUDSON,      )
              )
    **Defendant.**    )
              )
              )
              )
              )

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

  Based upon Plaintiffs' Motion For Default Judgment, and good cause appearing therefore,

  **IT IS HEREBY ORDERED AND ADJUDGED THAT:**

  Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the eight sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings

listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Two Hundred Fifty Dollars ($ 250.00).

Defendant further shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Hotel California," on album "Hotel California," by artist "Eagles" (SR# N38950);
- "Bullet With Butterfly Wings," on album "Mellon Collie and the Infinite Sadness," by artist "Smashing Pumpkins" (SR# 183-904);
- "Bring the Pain," on album "Tical 2000: Judgement Day," by artist "Method Man" (SR# 246-145);
- "April 29, 1992 (Miami)," on album "Sublime," by artist "Sublime" (SR# 224-105);
- "Quiet Storm," on album "Murda Muzik," by artist "Mobb Deep" (SR# 293-229);
- "Open Arms," on album "Escape," by artist "Journey" (SR# 30-088);
- "Whenever You Call," on album "Butterfly," by artist "Mariah Carey" (SR# 244-014);
- "Still Holding On," on album "Evolution," by artist "Martina McBride" (SR# 240-332);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e.,

upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Signed: November 28, 2006

Lacy H. Thornburg
United States District Judge